# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

**No. 201600280**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ADAM R. ELHARDAN
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
Convening Authority: Commanding General, Marine Corps
Installations Pacific, Okinawa, Japan.
Staff Judge Advocate: Lieutenant Colonel Eric J. Peterson, USMC.
For Appellant: Lieutenant Commander Donald R. Ostrom,
JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 January 2017

———————————————

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the military judge consolidated Specifications 1 and 2 of the Additional Charge into a single specification for findings and sentence,[1] to read as follows:

In that Lance Corporal Adam R. Elhardan, U.S. Marine Corps, while on active duty, did, at or near Okinawa and Iwakuni, Japan, between on or about 12 March 2015 and on or about 16 April 2015, knowingly and wrongfully possess child pornography, to wit: digital images, of minors, engaging in sexually explicit conduct; and, digital images of

---

[1] Record at 261.

what appears to be minors, engaging in sexually explicit conduct; and, that said conduct was to the prejudice of good order and discipline in the armed forces and was of a nature to bring discredit upon the armed forces.

For the Court



R.H. TROIDL
Clerk of Court